IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-049-MOC-DCK

| | |
|---|---|
| VIZA ELECTRONICS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PARADIGM CLINICAL RESEARCH ) | |
| INSTITUTE, INC., RAM DANDILLAYA, and ) | |
| JUAN DE BORBON Y DE ROJAS, a/k/a JON ) | |
| ROJAS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Admit Jonathan D. Freund Pro Hac Vice And Affidavit" (Document No. 10) filed by Chad Diamond, concerning Jonathan D. Freund, Esq., on March 9, 2022. Jonathan D. Freund, Esq. seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Jonathan D. Freund, Esq. is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: March 9, 2022

David C. Keesler
United States Magistrate Judge