IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-049-MOC-DCK

| | |
|---|---|
| VIZA ELECTRONICS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ORDER |
| PARADIGM CLINICAL RESEARCH INSTITUTE, INC., et al., | ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants Paradigm Clinical Research Institute, Inc. and Ram Dandillaya's "Consent Motion For Further Extension Of Time To File Memorandum In Opposition To Plaintiff's Motion To Compel Responses To Interrogatories And Production Of Documents" (Document No. 42) filed May 30, 2023. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants Paradigm Clinical Research Institute, Inc. and Ram Dandillaya's "Consent Motion For Further Extension Of Time To File Memorandum In Opposition To Plaintiff's Motion To Compel Responses To Interrogatories And Production Of Documents" (Document No. 42) is **GRANTED**. Defendants Paradigm Clinical Research Institute, Inc. and Ram Dandillaya shall have up to and including **June 13, 2023** to file a response to Plaintiff's "Motion To Compel Responses …" (Document No. 35).

**SO ORDERED**.

Signed: May 30, 2023

David C. Keesler
United States Magistrate Judge