IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-049-DCK

| VIZA ELECTRONICS, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| PARADIGM CLINICAL RESEARCH INSTITUTE, INC., et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

This case is currently scheduled for trial during the term beginning June 24, 2024. Regrettably, there are numerous pending motions in this case that are unlikely to be resolved in time for the Court and the parties to be prepared for trial, if necessary, on or about June 24, 2024.

**IT IS, THEREFORE, ORDERED** that a trial of this case, if necessary, is hereby scheduled for the undersigned's next trial term beginning **October 21, 2024**.

**SO ORDERED**.

Signed: May 24, 2024

David C. Keesler
United States Magistrate Judge