# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:22-CV-049-DCK

| | | |
|---|---|---|
| VIZA ELECTRONICS, LLC , | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| JUAN DE BORBON Y DE ROJAS, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Continue Pretrial Filing Deadlines Sine Die And For Status Conference" (Document No. 162) filed August 12, 2026. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will <u>grant</u> the motion with modification.

By the instant motion, Defendant's counsel reports that Defendant is gravely ill and is "presently unable to communicate with counsel or participate in the preparation of his defense." (Document No. 162, p. 2).

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Continue Pretrial Filing Deadlines Sine Die And For Status Conference" (Document No. 162) is **GRANTED with modification**. The deadlines in this case are **STAYED** until otherwise ordered.

**IT IS FURTHER ORDERED** that counsel for the Parties shall file a Joint Status Report that includes an update on Defendant's condition and proposed revised case deadlines, on or before **September 11, 2026**.

**SO ORDERED**.

Signed: August 13, 2026

David C. Keesler
United States Magistrate Judge