IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **VIZA ELECTRONICS, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JUAN DE BORBON Y DE ROJAS,**<br><br>**Defendant.** | **Case No. 3:22-cv-00049-DCK** |

# JOINT STATUS REPORT

Plaintiff Viza Electronics, LLC ("Viza"), and Defendant Juan De Borbon Y De Rojas ("Rojas"), through counsel and pursuant to the Court's Order dated August 13, 2026, respectfully submit this Joint Status Report concerning Rojas's condition and proposed revised case deadlines.

1. By its August 13, 2026 Order, the Court stayed the pretrial filing deadlines until otherwise ordered and directed the parties to file, on or before September 11, 2026, a Joint Status Report that includes an update on Rojas's condition and proposed revised case deadlines.

2. Rojas's undersigned counsel has not been able to speak with him. The following update is based upon information reported to counsel by Rojas's wife, Elena Kazantceva. Ms. Kazantceva reports that Rojas remains hospitalized with Stage IV colorectal cancer that has metastasized to his liver and lungs. His condition is further complicated by a perirectal/perineal abscess and a severe infection involving the wound in that area, as well as profound weakness and malnutrition. Most recently, Rojas underwent his fifth procedure or surgery, during which a feeding tube was placed; tube feeding has now begun.

3. Rojas is completely bed-bound. He cannot sit up, turn onto his side, or meaningfully move his legs without assistance.

4. Rojas sleeps most of the day and is barely able to speak. His voice is extremely weak, he can say only a few words at a time, and he is sometimes difficult to understand. According to Ms. Kazantceva, the pain from the wound in the perirectal/perineal area has worsened significantly during the past several days, and Rojas is now receiving oxycodone for pain control. He remains unable to participate meaningfully in this litigation or assist counsel. Regrettably, his cancer is untreatable, and he is not expected to have much time remaining.

5. The parties acknowledge the Court's request for proposed revised case deadlines. In light of Rojas's grave and rapidly deteriorating condition, however, any proposed schedule at this time would be speculative and impracticable. The parties therefore respectfully request that the existing stay remain in effect, that the Court defer setting revised case deadlines for approximately thirty days, and that the parties submit a further Joint Status Report at that time.

Jointly submitted this 11th day of September, 2026.


*/s/ Mark P. Henriques*
Mark P. Henriques (N.C. Bar No. 18701)
Michael A. Ingersoll (N.C. Bar No. 52217)
WOMBLE BOND DICKINSON (US) LLP
3500 One Wells Fargo Center
301 South College Street
Charlotte, North Carolina 28202-6025
Telephone: (704) 331-4912
E-mail: Mark.Henriques@wbd-us.com
E-mail: Mike.Ingersoll@wbd-us.com

*Counsel for Plaintiff Viza Electronics, LLC*

*/s/ Lloyd M. Eisenberg*
Lloyd M. Eisenberg
Eisenberg & Carton
405 RXR Plaza
Uniondale, New York 11556
Telephone. (516) 221-3700
E-mail: leisenberg@eisenbergcarton.com

Chad Diamond
3356 Maywood Drive
Charlotte, NC 28205
Chad.diamond@gmail.com
Telephone: (980) 225-2280

*Counsel for Juan De Borbon Y De Rojas*